IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT EARL RAY, JR., <br> # 136712, <br><br> Plaintiff, <br><br> v. <br><br> CYNTHIA DILLARD, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO.  2:15-CV-518-WKW <br> )                       [WO] <br> ) <br> ) <br> ) |

## **ORDER**

On October 5, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 17.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for failure of Plaintiff to file an amended complaint as directed by the order of this court.

A separate final judgment will be entered.

DONE this 27th day of October, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE